**No. 68905.**—Vanguard Military Equipment Co. et al. *v.* United States, protests 60/13296, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia, composed in chief value of bullions, similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.

**No. 68906.**—Stern & Stern Textiles, Inc. *v.* United States, protests 295608–K and 307676–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.

**No. 68907.**—Strauss Veilings, Inc. *v.* United States, protest 60/12644 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of maline silk made on a lace or net machine, not bobbinet, similar in all material respects to that the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

NOVEMBER 24, 1964

**No. 68908.**—APPEAL 5190.—United States *v.* J. J. Boll et al.—▮▮▮▮—A.R.D. 179. Appeal dismissed on September 23, 1964.